UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ernest Earl McLamb                                          Docket No. 7:98-CR-62-2F

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ernest Earl McLamb, who upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on December 18, 1998, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ernest Earl McLamb was released from custody on November 19, 2012, at which time the term of supervised release commenced.

A Violation Report was previously submitted to the court on January 7, 2015, addressing marijuana use on about October 29, 2014. McLamb was verbally reprimanded for this conduct and was continued on supervision.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A urine specimen collected from the releasee on March 16, 2016, was positive for marijuana. When this officer confronted Mclamb about illicit drug use, he admitted that he used marijuana on March 12, 2016, and signed an admission form. As a sanction for this violation conduct, increased drug testing and service of 3 days in jail are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Ernest Earl McLamb
Docket No. 7:98-CR-62-2F
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: April 1, 2016

## ORDER OF THE COURT

Considered and ordered this ___4___ day of ___April___, 2016 and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge